East Girard Savings & Loan Association, Appellant, *v.* Houlihan.

Argued April 21, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.

580

582

*Howard M. Kuehner,* for appellant.

*Gilbert Cassidy, Jr.,* for appellee.

OPINION PER CURIAM, May 25, 1953:
In opening the judgment entered as of March Term, 1951, No. 4078, Judge ALESSANDRONI of Common Pleas Court No. 5 of Philadelphia County, adopted the opinion filed by President Judge BOK of Court of Common Pleas No. 6, Philadelphia County, as of March Term, 1951, No. 4079. Since the issues in both cases

were identical even though different properties were involved, both orders affirming the judgments are affirmed on the opinion of President Judge BOK.